IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NANETTE M. NELSON | § § § | |
| V. | § § | ACTION NO. 4:11-CV-855-Y |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | § § § | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On January 16, 2013, the United States magistrate judge issued his findings, conclusions, and recommendation in the above-styled and numbered cause ("the findings"). An order issued that same day gave all parties until January 30 to serve and file with the Court written objections to the findings. Neither party has filed objections. Thus, in accordance with 28 U.S.C. § 636(b)(1), de-novo review is not required. Nevertheless, the Court has reviewed the findings for plain error and has found none. After consideration of this matter, the Court determines that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court. Therefore, the decision of the commissioner is AFFIRMED.

SIGNED January 31, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah